UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CITY OF TOLEDO,**

**Plaintiff,**

**v.** **Case No. 26-C-1546**

**REV GROUP, LLC, et al.,**

**Defendants.**

---

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION** **Case No. 26-MD-3179**

---

**ORDER CONSOLIDATING CASE**

---

The above-referenced case, 26-C-1546, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case assigned to this Court. The Court concludes that consolidation of 26-C-1546 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-1546 be consolidated with 26-MD-3179.

**IT IS FURTHER ORDERED** that Defendants' time to file an Answer or otherwise respond to Plaintiff's Complaint in 26-C-1546 is **HELD IN ABEYANCE** until 60 days after the date on which the Court resolves the pending motions to dismiss pursuant to the Court's Order, Dkt. No. 181, in 26-MD-3179.

Dated at Green Bay, Wisconsin this 9th day of September, 2026.

William C. Griesbach
United States District Judge